IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**NICHELE Y. MORGAN and**
**TACOVIA N. McCULLOR, on their**
own behalf and on behalf of those
similarly situated,

        **Plaintiff,**

v.                            **Civil Action No: 8:17-cv-02394-SDM-TBM**

**NORTH PORT RETIREMENT CENTER,**
**INC., D/B/A THE GARDENS OF VENICE**
**and ZIA BUTT,**

        **Defendants.**

_____/

## DEFENDANTS' MOTION TO STRIKE PLAINTIFFS' NOTICE OF PENDENCY OF OTHER ACTIONS

      Defendants, NORTH PORT RETIREMENT CENTER, INC., D/B/A THE GARDENS OF VENICE and ZIA BUTT, by and through undersigned counsel move to strike Plaintiffs' Rule 1.04 Notice of Pendency of Other Actions, and as grounds therefore state as follows:

      1.      The subject matter of Local Rule 1.04 is "pending" related cases which should be administered together judicially for judicial continuity and efficiency.

      2.      The "related" case cited by Plaintiffs is neither pending nor related to the present action.

      3.      No administrative action is required as to the case cited by Plaintiffs, a case disposed of in <u>November 2011</u>.

    4.      Plaintiffs' Notice of Pendency of Other Actions should be stricken or disregarded.

WHEREFORE, Defendants request Plaintiffs' Notice of Pendency of Other Actions be stricken and disregarded by the court.

Respectfully Submitted this 10th day of January, 2018.

        /s Douglas W. Grissinger
        Douglas W. Grissinger
        MELLOR, GRISSINGER & BACKO, LLP
        Florida Bar No: 0827827
        Attorney for Defendants

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing has been furnished to Frank M. Malatesta, Malatesta Law Office, 871 Venetia Bay Blvd., Suite 220, Venice, FL 34285, and Richard Celler, Esq., and Noah E. Storch, Esq., Richard Celler Legal, P.A., 7450 Griffin Road, Suite 230, Davie, Florida 33314, by Federal Clerk electronic portal, frank@malatestalawoffice.com, richard@floridaovertimelawyer.com and noah@floridaovertimelawyer.com, this 10th day of January, 2017

        s/ Douglas W. Grissinger
        Douglas W. Grissinger
        Florida Bar No. 0827827
        Attorney for Defendants
        MELLOR, GRISSINGER & BACKO LLP
        13801 S. Tamiami Trail, Suite D
        North Port, Florida 34287
        Telephone: 941\426-1193
        Facsimile: 941\426-5413
        Primary email address: doug@northportlaw.com
        Secondary email address: suzy@northportlaw.com