## SETTLEMENT AGREEMENT

WHEREAS, NICHELLE Y. MORGAN and TACOVIA N. McCULLOR ("Plaintiffs") have filed a Complaint for violations of the Fair Labor Standards Act against North Port Retirement Center, Inc. and Zia Butt ("Defendants") (Plaintiffs and Defendants collectively referred to as "the Parties") case pending Case No: 8:17-cv-02394-SDM-TBM ("the Action") in the Middle District of Florida.

WHEREAS, Defendants deny and reject the substance of Plaintiffs' claims and Action and do not admit or accept any liability of any nature in connection therewith, but to avoid the further costs and the uncertainties of litigation, the Parties now desire to settle finally and forever all disputes between them including the Action.

WHEREAS, the Parties have had an opportunity to fully review this Agreement, have had the opportunity and have been encouraged to and have discussed all aspects and the legal significance of this Agreement with their attorneys, and they fully and completely understand the legal significance of this Agreement.

WHEREAS, the Parties acknowledge that they possess sufficient education and experience to fully understand the terms of this Agreement as it has been written, the legal and binding effect of the Agreement, and the exchange of benefits and payments for promises hereunder and their attorneys have explained this Agreement and its terms with them and the Parties acknowledge that they have carefully read all of the provisions of this Agreement and that they have entered into this Agreement of their own free will;

WHEREAS, this agreement fully resolves the dispute and all issues between the Parties.

NOW, THEREFORE, in consideration of the mutual covenants and other good and valuable consideration set forth in the Agreement, the parties agree as follows:

1. Within twenty-one (21) calendar days of the court's approval of the settlement agreement and dismissal of this action with prejudice, Defendants shall make the following payments to the Plaintiff through their representative, Frank M. Malatesta, Esq, 871 Venetia Bay Blvd., Suite 235, Venice, FL 34285:
    a. $612.50 in wages to Nichelle Y. Morgan,
    b. $612.50 in liquidated damages to Nichelle Y. Morgan,
    c. $100 in general damages to Tacovia N. McCullor,
    d. $1,250 in costs,
    e. $2,900 in attorneys' fees.
2. Plaintiffs hereto acknowledge that they have been represented by legal counsel of their own choice throughout all negotiations which preceded the execution of the Agreement, and that they have executed the Agreement having had the benefit of the advice of such legal counsel.
3. Plaintiffs represent that they are of sound mind and body to enter into this Agreement, and have been advised to review the legal significance and ramifications of this Agreement with their attorney and they enter into this Agreement freely and voluntarily and fully understand all of the provisions of the Agreement.
4. In the event that any suit or action is instituted under or in relation to this Agreement, including without limitation to enforce any provision in this Agreement, the prevailing party in such dispute shall be entitled to recover from the losing party all fees, costs and expenses of enforcing any right of such prevailing party under or with respect to this Agreement, including without

Doc ID: 3dc5aa54e1c176340d356f187760ae45de804e78

limitation, such reasonable fees and expenses of attorneys and accountants, which shall include, without limitation, all fees, costs and expenses of appeals.

5. This Agreement is made and entered into in the State of Florida, and shall in all respects be interpreted, enforced and governed, under the laws of the said state. If any Party files litigation to enforce this Agreement or a breach of the terms, the Parties agree that suit will be brought in Sarasota County, FL without regard to forum non-conveniens, personal jurisdiction or otherwise and will not contest the forum or venue.

**VERIFICATION**

PLAINTIFFS

Dated: 08/21/2018

_____
NICHELLE Y. MORGAN

Dated: 08/21/2018

_____
TACOVIA N. McCULLOR

DEFENDANTS

Dated: 8/17/18

_____
ZIA BUTT

**NORTH PORT RETIREMENT CENTER, INC.**

Dated: 8/17/18

_____
By: Zia Butt, President

3 of 3



Audit Trail

| | |
|---|---|
| **TITLE** | Hello |
| **FILE NAME** | 1534875939-Settle...tt.pdf-1534875947 |
| **DOCUMENT ID** | 3dc5aa54e1c176340d356f187760ae45de804e78 |
| **STATUS** | • Completed |

This document was requested and signed on lexicata.com

## Document History

| | | |
|---|---|---|
| **SENT** | **08/21/2018**<br>18:26:58 UTC | Sent for signature to Nichele Y. Morgan (nichelle4030@gmail.com) and Tacovia N. McCullor (tacoviam@yahoo.com) from frank@malatestalawoffice.com<br>IP: 174.58.109.187 |
| **VIEWED** | **08/21/2018**<br>18:30:42 UTC | Viewed by Nichele Y. Morgan (nichelle4030@gmail.com)<br>IP: 107.77.253.9 |
| **SIGNED** | **08/21/2018**<br>18:36:59 UTC | Signed by Nichele Y. Morgan (nichelle4030@gmail.com)<br>IP: 107.77.253.9 |
| **VIEWED** | **08/21/2018**<br>18:53:19 UTC | Viewed by Tacovia N. McCullor (tacoviam@yahoo.com)<br>IP: 73.91.2.154 |
| **SIGNED** | **08/21/2018**<br>18:55:35 UTC | Signed by Tacovia N. McCullor (tacoviam@yahoo.com)<br>IP: 73.91.2.154 |
| **COMPLETED** | **08/21/2018**<br>18:55:35 UTC | The document has been completed. |