UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

NICHELE Y. MORGAN and
TACOVIA N. MCCLLOR,

    Plaintiffs,

v.   CASE NO. 8:17-cv-2394-T-23CPT

NORTH PORT RETIREMENT
CENTER, INC. and ZIA BUTT,

    Defendants.
_____/

## **ORDER**

Nichele Morgan and Tacovia McCllor sue (Doc. 1) under the Fair Labor Standards Act, and the parties move (Doc. 48) for approval of a settlement agreement. *See Lynn's Food Stores, Inc. v. United States*, 679 F.2d 1350, 1354 (11th Cir. 1982). The settlement is "fair and reasonable," and the parties negotiated the attorney's fee separately from the plaintiff's recovery. Accordingly, the motion (Doc. 24) is **GRANTED**, the settlement (Doc. 48-1) is **APPROVED**, and this action is **DISMISSED WITH PREJUDICE**.

ORDERED in Tampa, Florida, on September 19, 2018.

_____
STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE